```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| JUDITH MCCLEARY and TERRY MCCLEARY, | |
| Plaintiffs, | Civil No. 09-2876 RMB/JS |
| v. | **ORDER** |
| CITY OF WILDWOOD, | |
| Defendant. | |

This matter having come before the Court upon the City of Wildwood's motion to extend time to file for summary judgment; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS ON THIS **29th** day of **April 2011**, HEREBY **ORDERED** as follows:

Wildwood's motion to extend time to file for summary judgment [Dkt. No. 34] is **GRANTED**;

**IT IS FURTHER ORDERED** that the Court reinstates Wildwood's summary judgment motion as briefed;

**IT IS FURTHER ORDERED** that Wildwood's motion for summary judgment [Dkt. No. 18] is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **CLOSE** this file.

<u>s/Renée Marie Bumb</u>
RENÉE MARIE BUMB
United States District Judge
